**Order filed January 5, 2023.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00312-CV

_____

### BIJAN MERRIKH, Appellant

### V.

### JOSEPH COSTA AND JOHNA COSTA, Appellee

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-28389**

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the 125th District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On December 14, 2022, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM


Panel Consists of Justices Zimmerer, Spain, and Hassan.